# EXHIBIT C

MEMBERS LOGIN    CALL US (800) 835-1988

**GET YOUR LOAN STARTED NOW**

First Name

Last Name

E-Mail Address

Mobile Phone

Select your state

Social security number

Date of birth

APPLY NOW

Chat Now

Chat Now



# Everyday Bills

Funds can be used for everyday expenses like groceries, rent, and utility bills.

Chat Now



Chat Now

## Unexpected Expenses

If you find yourself in serious need of extra cash, our installment loans may help you out.

Chat Now

Case: 1:24-cv-13172 Document #: 1-3 Filed: 12/23/24 Page 5 of 9 PageID #:56

Chat Now



# Financial Emergencies

Financial emergencies are a apart of life. But no matter what emergency it is, we will try and help.

Chat Now

Chat Now

# GET APPROVED TODAY!



## Why do customers choose us?



**Quick Application Process**

Chat Now

Our application only takes about 5 minutes to complete.

Chat Now



## Fast Funding

Loans transacted before 2pm CST are funded same day.



## Simple Payment Plans

We offer a variety of payment schedules to accommodate your needs.

Chat Now

Chat Now



**Conveniently Apply Online**

Apply now and get a decision instantly!

Once we receive your application a customer service representative may reach out to you to verify your information. If your loan is approved by 2:00PM CT time will typically be funded as soon as the same business day. Business days are Monday-Fridays excluding banking holidays.



One Call May Get You Approved! Apply with us now!

APPLY NOW

PO BOX 254
Ft. Thompson, SD 57339

Chat Now

© 2024 Buffalo Lake Lending.
All Rights Reserved.

Chat Now

Home

Rates

Contact Us

Site Map

Terms of Use

License

Privacy Policy

Website Accessibility



Max loan amount is $1,200 for first time loan customers. $2,000 is the max loan amount available for returning customers. Not everyone that applies will qualify for the maximum loan amount.

Bison Lending DBA Buffalo Lake Lending is an economic arm and instrumentality of the Crow Creek Sioux Tribe, a federally recognized Indian nation (the "Tribe") that adheres to federal consumer finance laws and operates within the boundaries of the Tribe's reservation. Bison Lending DBA Buffalo Lake Lending is chartered under and operates pursuant to all applicable tribal and federal law. Funds borrowed from Bison Lending DBA Buffalo Lake Lending are governed by the federal laws and the laws of the Tribe, not the law of the state where you reside. Nothing in this disclosure should be construed as a waiver of sovereign immunity, which is expressly reserved.

***Please note: This is an expensive form of borrowing. Bison Lending DBA Buffalo Lake Lending Installment loans are designed to assist you in meeting your short-term borrowing needs and are not intended to be a long term financial solution. Examples of emergency reasons why these loans might be used include, but are not limited to, unexpected emergencies, car repair bills, medical care, or essential travel expenses.

This is a term installment loan with approximate equal payments, but you have the right to prepay without penalty at any time.

You acknowledge that by completing and submitting your website application that you are applying for a Loan. We verify applicant information through national databases including, but not limited to, Clarity, Factor Trust, and Data X and we may pull your credit in order to determine your eligibility and ability to repay.

By submitting this form, you are giving your express written consent for Bison Lending DBA Buffalo Lake Lending to contact you regarding financial programs and services using your email, telephone or text – including the use of automated technology, for calls or texts to the number you provided on your application. This consent is not required to utilize our services. Click here to see our full Privacy Policy.

Bison Lending DBA Buffalo Lake Lending does not lend to residents of Alaska, Arkansas, Colorado, Connecticut, District Of Columbia, Florida, Hawaii, Illinois, Maryland, Massachusetts, Minnesota, North Carolina, New Jersey, New York, Pennsylvania, South Dakota, Vermont, Virginia, Wisconsin, West Virginia, Puerto Rico and U.S. Virgin Islands. Availability of Bison Lending DBA Buffalo Lake Lending Installment loans are subject to change at any time at the discretion of Bison Lending DBA Buffalo Lake Lending without notice.

Loan applications fully verified and approved by 2:00pm CT time will typically be funded as soon as the same business day. Business days are Monday-Fridays excluding banking holidays.

Chat Now