# EXHIBIT E



### THE MOST TRUSTED LOAN MANAGEMENT PLATFORM IN OUR INDUSTRY



**—Dustin Dernier, CEO** 605 Lending

*"Infinity Software is forever evolving and is a breeze to learn and use! The Infinity Team has helped us grow our start up into something to be very proud of. The entire team has been there fo...*
**Read More...**

