# EXHIBIT F

## THE MOST TRUSTED LOAN MANAGEMENT PLATFORM IN OUR INDUSTRY



"Your software platform provided the ideal mix of processing capacity, high availability, and resource scalability that each proved vital components throughout our implementation. We sincerely appreciate the relationship with our friends at Infinity Software and consider their software platform an indispensable resource in operational landscape."
**Read Less**



—**John Humphrey, COO** DMP Investments